James RODRIGUEZ, Movant,

v.

STATE of Missouri, Respondent.

No. 64473.

Missouri Court of Appeals,
Eastern District,
Division One.

May 31, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 30, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Dave Hemingway, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant, James Rodriquez, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).